EXHIBIT A

EXHIBIT A

LEHMAN BROTHERS HOLDINGS, INC. V. SECURITY MORTGAGE CORP.

EXHIBIT A

|   | Loan Number | Claim Reason |
|---|---|---|
| 1 | ****7550 | EARLY PAYMENT DEFAULT |
| 2 | ****6423 | EARLY PAYMENT DEFAULT |
| 3 | ****0366 | EARLY PAYMENT DEFAULT |
| 4 | ****5603 | BREACH OF REPRESENTATIONS, WARRANTIES AND/OR COVENANTS |